Kip Evan Steinberg (SBN 096084)
LAW OFFICE OF KIP EVAN STEINBERG
Courthouse Square
1000 Fourth Street, Suite 600
San Rafael, CA 94901
Telephone: 415-453-2855
Facsimile: 415-456-1921
kip@steinberg-immigration-law.com

**Attorney for Plaintiff VOGUE CLEANERS & ALTERATIONS**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VOGUE CLEANERS & ALTERATIONS<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT P. WIEMANN<br>Director, Administrative Appeals Office,<br>USCIS<br><br>　　　　　Defendant,<br><br>DONALD NEUFELD,<br>Director, California Service Center,<br>USCIS<br><br>　　　　　Defendant, | Case No. C-05-2691 BZ<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL**<br><br>**IMMIGRATION CASE** |

//
//
//
//

Plaintiff's Request For Dismissal
and Proposed Order
Case No. C-05-2691 BZ

1  Plaintiff filed a Complaint for Declaratory Judgment on June
2  30, 2005.  As a result of filing this Complaint, Defendant reviewed
3  the case record and treated the rejected appeal to the Administrative
4  Appeals Office as a Motion to Reopen the adverse decision.
5  Defendant then granted the Motion to Reopen and approved the    I-
6  140 immigrant visa petition.   This action rendered Plaintiff's
7  complaint moot.

8  Therefore, Plaintiff hereby moves to dismiss the subject action.

10  Dated:   October 7, 2005                        Respectfully submitted,

12  /s/

13  _____
   Kip Evan Steinberg
14  Attorney for Plaintiff
   VOGUE CLEANERS &
15  ALTERATIONS

**ORDER**

IT IS HEREBY ORDERED that this case is dismissed.

Dated: October 11, 2005

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

_____
HON. Bernard Zimmerman
UNITED STATES MAGISTRATE

Plaintiff's Request For Dismissal
and Proposed Order
Case No. C-05-2691 BZ

2

Plaintiff's Request For Dismissal
and Proposed Order
Case No. C-05-2691 BZ

3